# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THOMAS C. MCGILL, VICKIE D. MCGILL,**

          **Plaintiffs,**

**-vs-**                                **Case No. 6:12-cv-1142-Orl-28TBS**

**PINNACLE FINANCIAL CORPORATION, IMPAC MORTGAGE HOLDINGS, INC., IMH ASSETS CORPORATION, IMPAC CMB TRUST SERIES 2007-A, CHRISTIANA BANK AND TRUST COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), IMPAC FUNDING CORPORATION, ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH PERSON, ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS TITLE THERETO, DOES 1-20, INCLUSIVE, DEUTSCHE BANK NATIONAL TRUST COMPANY ,**

          **Defendants.**
_____

## ORDER

This case is before the Court on Plaintiffs' Motion to Reinstate Case (Doc. No. 38) filed July 3, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 18, 2013 (Doc. No. 41) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Motion to Reinstate Case (Doc. No. 38) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 9th day of August, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party